IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEBISI BELLO, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Case No. 18-cv-8196 |
| v. ) ) | Hon. Matthew F. Kennelly |
| THE PARC AT JOLIET, LLC, ) ) | Hon. Mag. Jeffrey Cole |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiff Adebisi Bello ("Plaintiff" or "Bello") and Defendant The Parc at Joliet, LLC ("Defendant" or "Parc"), by and through counsel, submit the following Joint Status Report pursuant to this Court's September 28, 2020 Order.

The Parties agree to incorporate the Court's suggested modifications to the Settlement Agreement as follows:

- Plaintiffs' Counsel will request attorneys' fees of up to 33.3% of the Settlement Fund; and

- Settlement administration expenses will not exceed $6,000.00.

Date: October 5, 2020                    Respectfully Submitted,

*/s/ Haley R. Jenkins*                    */s/ David G. Weldon*
Haley R. Jenkins                         David G. Weldon
Stephan Zouras, LLP                      Neal, Gerber, & Eisenberg, LLP
100 N. Riverside Plaza, Suite 2150       Two North LaSalle Street
Chicago, Illinois 60606                  Suite 1700
312.233.1550                             Chicago, Illinois 60602
312.233.1560 *f*                         312.269.8000
hjenkins@stephanzouras.com               dweldon@nge.com

One of Plaintiffs' Attorneys             One of Defendant's Attorneys

## **CERTIFICATE OF SERVICE**

      I, the attorney, hereby certify that on October 5, 2020, I filed the attached with the Clerk of Court using the ECF system, which will send such filing to all attorneys of record.

                                                             */s/ Haley R. Jenkins*