# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Adebisi Bello
        Plaintiff,

v.                 Case No.: 1:18−cv−08196
                Honorable Matthew F. Kennelly

The Parc at Joliet, LLC.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2020:

  MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 10/8/2020. The motion to approve settlement [58] is granted with the modifications previously directed by the Court. Approval and Final Judgment order to follow. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.